JOHN I. SHAVER v. THE COMMISSIONERS OF THE TOWN OF SALISBURY.

Section 26 of the charter of the town of Salisbury, enacting that the Board of Commissioners "shall have power to acquire by purchase any piece or pieces of land as public squares for said town ; and also to acquire any pieces by purchase or lease as sites for markets or other buildings for the use of said town," confers upon the Commissioners full power to acquire, regulate and dispose of a Town Hall, public squares, &c., in such manner as to them may seem best for the interest of the town.

MOTION to dissolve an Injunction, heard by *Cloud, J.,* at Chambers, November 8th, 1872, in an action instituted in the Superior Court of ROWAN county.

The plaintiff, a citizen and tax payer of the town of Salisbury, applied for and obtained, on the 15th day of April, 1872, an order from his Honor, Judge CLOUD, enjoining and restraining the defendants from selling the Town Hall, which it is alleged the defendants proposed to do.

Upon the coming in of the answer of the defendants, and the argument of counsel, his Honor dissolved the injunction. From this order, the plaintiff appealed.

*Bailey,* for appellant.
*Blackmer & McCorkle,* contra.

SETTLE, J. The plaintiff asks to restrain the Commis-

sioners of Salisbury from selling their Town Hall, upon the ground, that by so doing they would inflict irreparable injury to the town.

The defendants allege, that the town is in debt, and that a much smaller and less expensive Hall will answer all necessary purposes.

Whatever may be the merits of the controversy, it is evident that the charter of the Town, ratified on the 27th day of January, 1859, confers upon the Commissioners full power to acquire, regulate and dispose of a Town Hall, public squares, &c., in such manner as to them may seem best for the interest of the Town. In other words, they have a large discretion in such matters, which is not subject to be controlled by the Courts.

His Honor was correct in dissolving the injunction.

Let this be certified, &c.

PER CURIAM.                    Judgment affirmed.